Case 1:20-cv-03080-NGG-RLM   Document 54   Filed 12/07/20   Page 5 of 10   PageID #: 1069

Case Name: Government Employees Insurance Company et al v. Trinity Medicine, P.C., et al.
Docket #: 20-cv-3080(NGG)

## INITIAL CONFERENCE QUESTIONNAIRE

1. Have the parties exchanged the automatic disclosures required by Fed. R. Civ. P. 26(a)(1)? plaintiff(s); <u>yes</u>; defendant(s) <u>no</u>

2. If additional interrogatories beyond the 25 permitted under Fed. R. Civ. P. 33(a) are needed, the maximum *additional* ones by: plaintiff(s) <u>N/A</u> and defendant(s) <u>N/A</u>

3. Maximum number of requests for admission by: plaintiff(s) <u>TBD</u> and defendant(s) <u>TBD</u>

4. Number of depositions by plaintiff(s) of: parties <u>15;</u> non-parties <u>5-15</u>

5. Number of depositions by defendant(s) of: parties <u>2</u> non-parties <u>1-2</u>

6. Time limit per deposition (if more than 7 hours permitted by Fed. R. Civ. P. 30 (d)(1) is required): <u>7 hrs.</u>

7. Date for completion of factual discovery: <u>August 17, 2021</u>

8. Number of expert witnesses of plaintiff(s): <u>2</u> medical <u>1-2</u> non-medical
   Date for expert disclosure, including report(s): <u>October 29, 2021</u>

9. Number of expert witnesses of defendant(s): <u>1-2</u> medical <u>1-2</u> non-medical
   Date for expert disclosure, including report(s): <u>September 29, 2021</u>

10. Date for completion of expert discovery (if desired): <u>December 17, 2021</u>

11. Time for amendment of the pleadings by plaintiff(s): <u>March 16, 2021</u>
    or by defendant(s) <u>TBD</u>

12. Number of proposed additional parties to be joined by plaintiff(s) <u>TBD</u> and by defendant(s): <u>TBD</u> and time for adding those parties: <u>March 16, 2021</u>

13. Types of contemplated dispositive motions: <u>SJ</u>

14. Dates for filing contemplated dispositive motions, or where applicable, requests for a promotion conference: <u>December 30, 2021</u>

15. Have counsel reached any agreements regarding electronic discovery? If so, please describe at the initial conference.

16. Do the parties consent[1] to trial before a magistrate judge pursuant to 28 U.S.C. §636(d)? (Answer "no" if any party declines to consent, without indicating which party has declined.)
    Yes <u>   </u>   No <u>   X   </u>

---

[1] The fillable consent form may be found at http://www.nyed.uscourts.gov/forms/all-forms/general forms and may be filed electronically upon completion prior to the initial conference, or, brought to the initial conference and presented to the Court for processing. Consenting does not affect a party's right to a jury trial.