

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

**MICHAEL A. SIRIGNANO**
PARTNER
(516) 357-3073
michael.sirignano@rivkin.com

March 23, 2021

**VIA ECF**

Honorable Magistrate Judge Roanne L. Mann
United States District Court,
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    *Government Employees Insurance Company v. Trinity Medicine, P.C. et. al.*
            Docket No.:  1:20-cv-03080 (NGG)(JO)
            RR File No.:  005100-02810

Dear Judge Mann:

This firm represents Plaintiffs (collectively, "GEICO") and we hereby submit this letter on behalf of GEICO and the remaining defendants (NY Chiropractic Rehabilitation, P.C. and Diana Vivokova, D.C.) pursuant to your Honor's directive of March 22, 2021. The parties apologize for the omission relating to the Court's earlier directive, but hereby request a settlement conference with the Court.

We thank the Court for its assistance with this matter.

                                      Respectfully submitted,

                                      RIVKIN RADLER LLP

                                      ***s/ Michael A. Sirignano***

                                      Michael A. Sirignano

MAS/lg

cc:      All Counsel of Record (by ECF)

66 South Pearl Street
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

5194484.v2